CHUCK GEERHART (SBN 139769)
LAW OFFICE OF CHUCK GEERHART
1388 Sutter Street, Suite 810
San Francisco, CA  94109
(415) 577-4992
Email: cgeerhart@gmail.com

Attorneys for Plaintiff M.T, a minor,
by his guardian ad litem Romelia Herrera de la Torre

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T., A MINOR,<br>BY HIS GUARDIAN AD LITEM ROMELIA HERRERA DE LA TORRE<br><br>        Plaintiffs,<br><br>vs.<br><br>CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V., DBA VOLARIS AIRLINES AND DOES 1-30, INCLUSIVE<br><br>        Defendants. | Case No. 4:22-cv-03901-HSG<br><br>ADMINISTRATIVE MOTION TO REMOVE PLEADING ERRONEOUSLY FILED AS DOCKET ENTRY 37 |

Pursuant to LR 7-11, plaintiff M.T. submits the following administrative motion to remove the unredacted Motion for Court Approval of Compromise of Minor's Claim and accompanying Petition (Docket No. 37) on the grounds that this pleading was erroneously filed based on counsel's misunderstanding of the sealing process.

1    This case has settled as to the minor M.T. and defendant Volaris. Under California law,

2  plaintiff is required to submit a petition for court approval of the compromise of the minor's claim.

3  Federal courts follow California substantive law in this regard.  The Petition for Court Approval of

4  the Compromise of a Minor's Claim (Judicial Counsel form MC 350) contains private information

5  such as the minor's name, date of birth and amount of settlement. The parties have agreed to make

6  the settlement amount confidential. Plaintiff's counsel initially filed a redacted version of the petition

7  (Docket 31). On April 24, the Court ordered that filing terminated and directed plaintiff to "file an

8  unredacted version of the petition provisionally under seal pursuant to LR-5." Thus, plaintiff's

9  counsel filed an administrative motion to seal those portions of the Petition that refer to this private

10  information.

11    Plaintiff's counsel, the undersigned, misconstrued the court's order to mean that plaintiff

12  could simultaneously file the administrative motion to file under seal and file the unredacted Petition

13  provisionally under seal. (See Declaration of Chuck Geerhart attached hereto.) Having been informed

14  by the court that this document should not have been filed yet, plaintiff now moves to have the

15  unredacted Petition filed as docket item 37 removed from the court's file.  Counsel apologizes to the

16  Court for this error.

17    The parties have stipulated to an order to remove this pleading (see attached stipulation).

18

19  Dated: April 27, 2023                          LAW OFFICE OF CHUCK GEERHART

20

21

22                                               s/

23                                               CHUCK GEERHART
                                                 Attorney for Plaintiff M.T.

24

25

26

27

28  *M.T. v. Volaris Airlines et al*
    USDC No. 4:22-cv-03901-HSG
    ADMINISTRATIVE MOTION TO REMOVE
    PLEADING ERRONEOUSLY FILED AS DOCKET ENTRY 37

                                               2

1    CHUCK GEERHART (SBN 139769)
LAW OFFICE OF CHUCK GEERHART
2    1388 Sutter Street, Suite 810
San Francisco, CA 94109
3    (415) 577-4992
Email: cgeerhart@gmail.com
4
Attorneys for Plaintiff M.T, a minor,
5    by his guardian ad litem Romelia Herrera de la Torre

6

7

8
IN THE UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13
M.T., A MINOR, | Case No. 4:22-cv-03901-HSG
14    BY HIS GUARDIAN AD LITEM ROMELIA
HERRERA DE LA TORRE
15    | DECLARATION OF CHUCK GEERHART
IN SUPPORT OF ADMINISTRATIVE
16         Plaintiffs, | MOTION TO REMOVE PLEADING
ERRONEOUSLY FILED AS DOCKET
17    vs. | ENTRY 37

18    CONCESIONARIA VUELA COMPAÑÍA
DE AVIACIÓN, S.A.P.I. DE C.V., DBA
19    VOLARIS AIRLINES AND DOES 1-30,
INCLUSIVE
20

21         Defendants.

22

23        I, Chuck Geerhart, declare as follows:

24    1.     I am attorney licensed to practice in this Court and am counsel record for the minor plaintiff

25

26    _M.T. v. Volaris Airlines et al_
USDC No. 4:22-cv-03901-HSG
27    DECLARATION OF CHUCK GEERHART IN
SUPPORT OF ADMINISTRATIVE MOTION TO
28    REMOVE PLEADING ERRONEOUSLY FILED
AS DOCKET ENTRY 37

1    M.T. I have personal knowledge of the facts stated herein.

2    2.   I request that the Court remove the unredacted Motion for Court Approval of Compromise of

3         Minor's Claim and accompanying Petition (Docket No. 37) on the grounds that this pleading

4         was erroneously filed by me based on my misunderstanding of the sealing process.

5    3.   This case has settled as to the minor M.T. and defendant Volaris. The Petition for Court

6         Approval of the Compromise of a Minor's Claim (Judicial Counsel form MC 350) contains

7         private information such as the minor's name, date of birth and amount of settlement. The

8         parties have agreed to make the settlement amount confidential. I initially filed a redacted

9         version of the petition with redactions made (Docket 31). On April 24, the Court ordered that

10        filing terminated and directed plaintiff to "file an unredacted version of the petition

11        provisionally under seal pursuant to LR-5." I then filed an administrative motion to seal

12        those portions of the Petition that refer to this private information.

13   4.   I misconstrued the court's order to mean that plaintiff could simultaneously file the

14        administrative motion to file under seal and file the unredacted Petition provisionally under

15        seal. Having been informed by the court that this document should not have been filed yet,

16        plaintiff now moves to have the unredacted Petition filed as docket item 37 removed from the

17        court's file. Counsel apologizes to the Court for this error.

18

19   I declare under penalty of perjury under Federal law that the foregoing is true and correct. Executed

20   April 27, 2023, at San Francisco, CA.

21

22

23                                                   s/
                                                     CHUCK GEERHART
24                                                   Attorney for Plaintiff M.T.

25

26   _M.T. v. Volaris Airlines et al_
     USDC No. 4:22-cv-03901-HSG
27   DECLARATION OF CHUCK GEERHART IN
     SUPPORT OF ADMINISTRATIVE MOTION TO
28   REMOVE PLEADING ERRONEOUSLY FILED
     AS DOCKET ENTRY 37

1  CHUCK GEERHART (SBN 139769)
   LAW OFFICE OF CHUCK GEERHART
2  1388 Sutter Street, Suite 810
   San Francisco, CA  94109
3  (415) 577-4992
   Email: cgeerhart@gmail.com
4
   Attorneys for Plaintiff M.T, a minor,
5  by his guardian ad litem Romelia Herrera de la Torre

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   M.T., A MINOR,                          Case No. 4:22-cv-03901-HSG
14 BY HIS GUARDIAN AD LITEM ROMELIA
   HERRERA DE LA TORRE
15                                         STIPULATION TO REMOVE PLEADING
                                           ERRONEOUSLY FILED AS DOCKET
16         Plaintiffs,                     ENTRY 37

17 vs.

18 CONCESIONARIA VUELA COMPAÑÍA
   DE AVIACIÓN, S.A.P.I. DE C.V., DBA
19 VOLARIS AIRLINES AND DOES 1-30,
   INCLUSIVE
20
21         Defendants.

22

23

24         The Parties hereto agree and stipulate to a Court order granting plaintiff's administrative

25 motion to remove the unredacted Motion for Court Approval of Compromise of Minor's Claim and

26 accompanying Petition (Docket No. 37) on the grounds that this pleading was erroneously filed

27
   _____
28 *M.T.  v. Volaris Airlines et al*
   USDC No. 4:22-cv-03901-HSG
   ADMINISTRATIVE MOTION TO REMOVE
   PLEADING ERRONEOUSLY FILED AS DOCKET ENTRY 37
                                    1

1  based on plaintiff's counsel's misunderstanding of the sealing process.

2  IT IS SO STIPULATED.

3  Dated: April 27, 2023                              LAW OFFICE OF CHUCK GEERHART

4

5

6                                                     s/
                                                      CHUCK GEERHART
7                                                     Attorney for Plaintiff M.T.

8

9  Dated: April 27, 2023                              CONDON & FORSYTH

10                                                    "I hereby attest that I have on file all holographic
                                                      signatures corresponding to any signatures indicated by
11                                                    a conformed signature (/S/) within this e-filed
                                                      document."
12                                                    /S/
                                                      IVY NOWINSKI
13                                                    Attorney for Defendant
                                                      CONCESIONARIA VUELA COMPAÑÍA DE
14                                                    AVIACIÓN, S.A.P.I. DE C.V., DBA VOLARIS
                                                      AIRLINES
15

16

17

18

19

20

21

22

23

24

25

26

27

28  *M.T.  v. Volaris Airlines et al*
    USDC No. 4:22-cv-03901-HSG
    ADMINISTRATIVE MOTION TO REMOVE
    PLEADING ERRONEOUSLY FILED AS DOCKET ENTRY 37
                                                      2

CHUCK GEERHART (SBN 139769)
LAW OFFICE OF CHUCK GEERHART
1388 Sutter Street, Suite 810
San Francisco, CA 94109
(415) 577-4992
Email: cgeerhart@gmail.com

Attorneys for Plaintiff M.T, a minor,
by his guardian ad litem Romelia Herrera de la Torre

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| M.T., A MINOR,<br>BY HIS GUARDIAN AD LITEM ROMELIA<br>HERRERA DE LA TORRE<br><br>      Plaintiffs,<br><br>vs.<br><br>CONCESIONARIA VUELA COMPAÑÍA<br>DE AVIACIÓN, S.A.P.I. DE C.V., DBA<br>VOLARIS AIRLINES AND DOES 1-30,<br>INCLUSIVE<br><br>      Defendants. | Case No. 4:22-cv-03901-HSG<br><br>ORDER GRANTING ADMINISTRATIVE<br>MOTION TO REMOVE PLEADING<br>ERRONEOUSLY FILED AS DOCKET<br>ENTRY 37 |

The Court has reviewed plaintiff's administrative motion to remove from the docket the unredacted Motion for Court Approval of Compromise of Minor's Claim and accompanying Petition (Docket No. 37). Good cause appearing, the Court grants the motion. The documents filed as

*M.T. v. Volaris Airlines et al*
USDC No. 4:22-cv-03901-HSG
ORDER GRANTING ADMINISTRATIVE MOTION TO
REMOVE PLEADING ERRONEOUSLY FILED
AS DOCKET ENTRY 37

1

1  Docket No. 37 shall be removed from the court docket.

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Date:  4/28/2023

5

6  JUDGE OF THE U.S. DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  *M.T. v. Volaris Airlines et al*
   USDC No. 4:22-cv-03901-HSG
28  ORDER GRANTING ADMINISTRATIVE MOTION TO
   REMOVE PLEADING ERRONEOUSLY FILED
   AS DOCKET ENTRY 37

2