CHUCK GEERHART (SBN 139769)
LAW OFFICE OF CHUCK GEERHART
1388 Sutter Street, Suite 810
San Francisco, CA 94109
(415) 577-4992
Email: cgeerhart@gmail.com

Attorneys for Plaintiff M.T, a minor,
by his guardian ad litem Romelia Herrera de la Torre

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T., A MINOR, BY HIS GUARDIAN AD LITEM ROMELIA HERRERA DE LA TORRE<br><br>Plaintiffs,<br><br>vs.<br><br>CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V., DBA VOLARIS AIRLINES AND DOES 1-30, INCLUSIVE<br><br>Defendants. | Case No. 4:22-cv-03901-HSG<br><br>ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE PLEADING ERRONEOUSLY FILED AS DOCKET ENTRY 37 |

    The Court has reviewed plaintiff's administrative motion to remove from the docket the unredacted Motion for Court Approval of Compromise of Minor's Claim and accompanying Petition (Docket No. 37). Good cause appearing, the Court grants the motion. The documents filed as

---

*M.T. v. Volaris Airlines et al*
USDC No. 4:22-cv-03901-HSG
ORDER GRANTING ADMINISTRATIVE MOTION TO
REMOVE PLEADING ERRONEOUSLY FILED
AS DOCKET ENTRY 37

1

1. Docket No. 37 shall be removed from the court docket.
2. PURSUANT TO STIPULATION, IT IS SO ORDERED.
3. 
4. Date: 4/28/2023

*Haywood S. Gill Jr.*
JUDGE OF THE U.S. DISTRICT COURT

M.T. v. Volaris Airlines et al
USDC No. 4:22-cv-03901-HSG
ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE PLEADING ERRONEOUSLY FILED AS DOCKET ENTRY 37

2