1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M.T., A MINOR, BY HIS GUARDIAN AD LITEM ROMELIA HERRERA DE LA TORRE,<br><br>          Plaintiffs,<br><br>    v.<br><br>CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V., D.B.A. VOLARIS AIRLINES AND DOES 1-30, INCLUSIVE,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:22-cv-03901-HSG<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MINOR'S COMPROMISE OF DEFENDANT CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V (as modified)** |

    Defendant Concesionaria Vuela Compañía de Aviación, S.A.P.I. de C.V. ("Volaris") has requested this Court to permit Volaris to appear by telephone at the hearing on Plaintiff's motion for approval of a minor's compromise in this matter, currently set for hearing before this Court on June 8, 2023, at 2:00 PM, in person.  Volaris has conferred with counsel for Plaintiff regarding this request, and counsel for Plaintiff has no objection to the request.

    The Court, after considering the papers submitted in support of this request, hereby grants Volaris's request to appear by telephone at the hearing on Plaintiff's motion for approval of a minor's compromise in this matter, currently set for hearing before this Court on June 8, 2023, at

ORDER GRANTING REQUEST FOR TELEPHONIC
APPEARANCE AT HEARING ON MINOR'S COMPROMISE
OF DEFENDANT CONCESIONARIA VUELA COMPAÑÍA
DE AVIACIÓN, S.A.P.I. DE C.V.
CASE NO.: 4:22-cv-03901-HSG

2:00 PM, in person.  Volatris shall use the following dial-in information to access the call: Dial-In:  888-808-6929/Passcode:  6064255.  And is are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

**IT IS SO ORDERED.**

DATED: 6/2/2023

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MINOR'S COMPROMISE OF DEFENDANT CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V.
CASE NO.: 4:22-cv-03901-HSG

- 2 -