IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T., A MINOR, BY HIS GUARDIAN AD LITEM ROMELIA HERRERA DE LA TORRE<br><br>Plaintiffs,<br><br>vs.<br><br>CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V., DBA VOLARIS AIRLINES AND DOES 1-30, INCLUSIVE<br><br>Defendants. | Case No. 4:22-cv-03901-HSG<br><br>ORDER OF DISMISSAL |

The Court having entered an Order (Dkt. No. 47) granting the joint motion to approve a minor's compromise (Dkt. No. 36), and having been advised by the Plaintiff that the relevant transfer of funds has been completed,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Date:   7/3/2023

_____
JUDGE OF THE U.S. DISTRICT COURT

---

*M.T.   v. Volaris Airlines et al*
USDC No. 4:22-cv-03901-HSG
ORDER OF DISMISSAL

1